PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Rosa Daniels  Cr.: 03-00454-001
PACTS #: 32228

Name of Sentencing Judicial Officer: Honorable William G. Bassler

Date of Original Sentence: 08/16/04

Original Offense: Conspiracy to Commit Bank Fraud

Original Sentence: Five years probation

Type of Supervision: Probation   Date Supervision Commenced: 08/16/04

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failed to satisfy restitution obligation |

U.S. Probation Officer Action:

The probation office recommends the case expire as scheduled since the restitution order remains imposed as a final judgment. The offender has been instructed to continue payments to the Clerk's Office and the Clerk's office has been informed of expiration and instruction to continue payments.

Respectfully submitted,

By: Elisa Martinez
U.S. Probation Officer
Date: 07/28/09

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[x] Other- Case expire as scheduled

_____
Signature of Judicial Officer

7/31/09
Date